STATE OF NEW JERSEY v. PRESTON MILLIGAN.

September 16, 1975. Petition for certification granted.

FRANK RUSIGNUOLO v. CARMEN A. ORECHIO.

September 16, 1975. Petition for certification granted. (See 133 *N. J. Super.* 474)

FRANK RUSIGNUOLO v. CARMEN A. ORECHIO.

September 16, 1975. Cross-petition for certification granted. (See 133 *N. J. Super.* 474)

STATE OF NEW JERSEY v. JAMES H. SWEENEY.

September 16, 1975. Petition for certification denied.

PATRICIA A. STEWARD v. BOROUGH OF MAGNOLIA.

September 16, 1975. Petition for certification denied. (See 134 *N. J. Super.* 312)